433 A.2d 99

Commonwealth v. Hunter, Appellant.

Argued March 3, 1980.
Robert L. Walsh, for appellant; Floyd P. Jones, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.

433 A.2d 99

Commonwealth v. Oberdick, Jr., Appellant.

Submitted March 12, 1979. Laurence T. Himes, Jr., for appellant; Daniel R. Kehm, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.